

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00209-CV

Candelaria **GARCIA**,
Appellant

v.

**STATE FARM LLOYDS** and Sylvia Garza,
Appellees

From the County Court at Law, Starr County, Texas
Trial Court No. CC-15-106
Honorable Romero Molina, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Appellant's Amended Reply Brief is GRANTED.

It is so ORDERED on this 28th day of September, 2016.

PER CURIAM

Attested to: _____
Keith E. Hottle
Clerk of Court